```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 12740
   LOLITA D SHELTON
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-4979
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/05/05 and confirmed on 06/10/05.

   2.  The case was dismissed after confirmation, 10/24/2008.

   3.  The Debtor paid a total of $  14048.73 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK | SECURED   | 12525.00  | 1725.15 | 9523.09 |
| HSBC AUTO FINANCE    | UNSECURED | 3557.95   | .00     | .00     |
| ADVANCE TIL PAYDAY   | UNSECURED | NOT FILED | .00     | .00     |
| AMERICASH LOANS      | UNSECURED | 406.42    | .00     | .00     |
| MARAUDER CORPORATION | UNSECURED | NOT FILED | .00     | .00     |
| NATIONAL QUICK CASH  | UNSECURED | NOT FILED | .00     | .00     |
| USA PAYDAY LOANS     | UNSECURED | 580.00    | .00     | .00     |
| JP MORGAN CHASE BANK | UNSECURED | 1810.11   | .00     | .00     |
| BROTHER LOAN & FINANCE | UNSECURED | 1110.38 | .00     | .00     |

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12525.00 | .00 | 7464.86 | .00 | 19989.86 |
| PRINCIPAL PAID     | 9523.09  | .00 | .00     | .00 | 9523.09  |
| INTEREST PAID      | 1725.15  | .00 | .00     | .00 | 1725.15  |
| TOTAL PAID         | 11248.24 | .00 | .00     | .00 | 11248.24 |

The Debtor's attorney, HAROLD M SAALFELD            , was allowed $  2200.00
and was paid $   2200.00 .

The Trustee received $    600.49 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/13/09                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 12740 LOLITA D SHELTON